PHYLLIS A. MATYI, ESQ. CSB 113211
P.O. BOX 426
LARKSPUR CA 94977
CA BAR NO, 113211
(415) 924-3822
FAX (415) 927-0363
E-MAIL: phyllisamatyi@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LENORE A. CRISP,                              )   Case No.: 07-cv-05320 MHP
                                             )
            Plaintiff,                        )   STIPULATION FOR EXTENSION OF
                                             )   TIME FOR PLAINTIFF TO FILE
      vs.                                     )   MOTION FOR SUMMARY
                                             )   JUDGEMENT AND POINTS AND
MICHAEL J. ASTRUE, Commissioner )   AUTHORITIES.
                                             )
of Social Security Administration,            )
                                             )
            Defendant                         )

_____

      IT IS HEREBY STIPULATED by the undersigned parties, subject to the

approval of the Court, that Plaintiff shall have a 60 extension of time, up to January

28, 2009 to file her  Motion for Summary Judgment. This is Plaintiff's first

extension. This extension is requested because Plaintiff's is waiting for information

from the Social Security Administration pursuant to a favorable Social

Supplemental Income application which may support a remand.

Dated: 11/14/08 _____-S-_____

PHYLLIS A. MATYI

Attorney for Plaintiff

So Stipulated.

Dated: _____-S-_____

Armand D. Roth

Special Assistant, U.S. Attorney

So Ordered.

Dated: 11/19/2008

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRISP: STIPULATION